## PROVIDENCE WASHINGTON INSURANCE COMPANY, Appellant,

### v.

### Otis Deas TABERS and Donald Otis Tabers, Appellees.

Court of Appeals of Kentucky.

May 13, 1955.

James M. Lassiter, Murray, for appellant.

Nat Ryan Hughes, Murray, for appellee.

PER CURIAM.

This is a motion for an appeal from a $1,250 judgment on an automobile collision insurance policy. We have considered the contentions of the appellant with respect to jurisdiction and the alleged non-compliance with the terms of the insurance policy. In our opinion the circuit court had jurisdiction and the liability of appellant was sufficiently proven to justify the judgment entered.

The motion for appeal is overruled, and the judgment stands affirmed.